# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| CAMILLA R. STEINKAMP | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:07CV459DF |
| | § | JURY DEMANDED |
| KELLY- MOORE PAINT | § | |
| COMPANY, INC. | § | |

## ORDER OF DISMISSAL

On this day came on to be heard the motion of CAMILLA R. STEINKAMP, Plaintiff in the above entitled and numbered cause, and KELLY-MOORE PAINT COMPANY, INC, Defendant in the above entitled and numbered cause, seeking dismissal of said cause with prejudice. The Court is of the opinion and finds that all matters in dispute between the parties have been fully and finally compromised and settled.

IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED, that the above entitled and numbered cause be and the same is dismissed with prejudice.

**SIGNED this 28th day of May, 2008.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE